**Electronically Filed**
**Supreme Court**
**SCAP-17-0000035**
**10-MAY-2018**
**10:48 AM**

SCAP-17-0000035

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

TONY RADMILOVICH and ZDENKA RADMILOVICH,
Plaintiffs-Appellants,

vs.

THE BANK OF NEW YORK MELLON; DANIEL JOHN FRACK;
REBECCA SUE FRACK; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.; and DOE DEFENDANTS 1-50,
Defendants-Appellees.

_____

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CAAP-17-0000035; CIV. NO. 16-1-172K)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the "Stipulation for Dismissal with Prejudice of Appeal" filed May 4, 2018 ("stipulation for dismissal"), and the record herein,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved, and the case is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, May 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

